IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **John Naughton, III** | ) | No. 13 B 36326 |
| **Donna Naughton** | ) | |
| | ) | |
| Debtor(s). | ) | |

## PROOF OF SERVICE

TO:    See Attached

I, GINA B. KROL, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on July 21, 2016, by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

GINA B. KROL
COHEN & KROL
105 W. Madison, Ste 1100
Chicago, IL   60602
312-368-0300                                                           BY:/s/ Gina B. Krol
                                                                              Ch 7 Bankruptcy Trustee

Service List:


The PrivateBank & Trust Company
Autumn Sharp
Carlson Dash, LLC
216 S. Jefferson Street, Ste 504
Chicago, IL   60661

Discover Bank
DB Servicing Corporation
P.O. Box 3025
New Albany, OH   43054-3025

David Leibowitz, Ch 7 Trsutee
c/o William J Barrett
Barack Ferrazzano Kirschbaum et al.
200 West Madison St, Ste 3900
Chicago, IL   60606

Old Second National Bank
37 S. River Street
Aurora, IL   60506

Portfolio Recovery Associates, LLC
Capital One, NA (Menards)
P.O. Box 41067
Norfolk, VA   32541

US Bank NA
US National Assoc, ND
4801 Frederica Street
Owensboro, KY   42301

John & Donna Naughton
365 E. 17th Street
Lombard, IL   60148

David P. Lloyd
courtdocs@davidlloydlaw.com

Office of the US Trustee
USTPRegion11.ES.ECF@usdoj.gov