# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
NAUGHTON III, JOHN E § Case No. 13-36326 DRC
NAUGHTON, DONNA R §
§
Debtors §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 651,246.07                     Assets Exempt: 218,947.10
*(Without deducting any secured claims)*

Total Distributions to Claimants: 30,742.85      Claims Discharged
                                                 Without Payment: 3,184,061.70

Total Expenses of Administration: 11,915.15

---

3) Total gross receipts of $ 42,658.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 42,658.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 692,816.08 | $ 191,049.55 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 11,915.15 | 11,915.15 | 11,915.15 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 3,238,253.69 | 735,038.61 | 735,038.61 | 30,742.85 |
| **TOTAL DISBURSEMENTS** | $ 3,931,069.77 | $ 938,003.31 | $ 746,953.76 | $ 42,658.00 |

4) This case was originally filed under chapter 7 on 09/13/2013. The case was pending for 37 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/13/2016           By: /s/GINA B. KROL
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| STOCK JDM | 1129-000 | 23,666.50 |
| STOCK JDS | 1129-000 | 7,666.50 |
| Disney Timeshare | 1229-000 | 11,325.00 |
| **TOTAL GROSS RECEIPTS** | | **$42,658.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America P.O. Box 5170 Simi Valley, CA 93062-5170 | | 126,358.32 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Heartland Bank & Trust Co. 4456 Wolf Rd. Western Springs, IL 60558 | | 17,991.69 | NA | NA | 0.00 |
| | U.S. Bank Brokered Loan Sales Center P.O. Box 790179 Saint Louis, MO 63179-0179 | | 189,891.47 | NA | NA | 0.00 |
| | Wells Fargo P.O. Box 10335 Des Moines, IA 50306 | | 260,533.24 | NA | NA | 0.00 |
| | Wells Fargo P.O. Box 14411 Des Moines, IA 50306-3411 | | 98,041.36 | NA | NA | 0.00 |
| 000007 | U.S. BANK NATIONAL ASSOCIATION, | 4110-000 | NA | 191,049.55 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 692,816.08** | **$ 191,049.55** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KROL, GINA B. | 2100-000 | NA | 5,015.80 | 5,015.80 | 5,015.80 |
| KROL, GINA B. | 2200-000 | NA | 9.70 | 9.70 | 9.70 |
| ADAMS LEVINE SURETY BOND AGENCY | 2300-000 | NA | 17.72 | 17.72 | 17.72 |
| ADAMS-LEVINE | 2300-000 | NA | 22.20 | 22.20 | 22.20 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOHN & DONNA NAUGHTON | 2410-000 | NA | 973.31 | 973.31 | 973.31 |
| ASSOCIATED BANK | 2600-000 | NA | 1,154.21 | 1,154.21 | 1,154.21 |
| COHEN & KROL | 3110-000 | NA | 2,202.01 | 2,202.01 | 2,202.01 |
| KROL, GINA B. | 3110-000 | NA | 1,100.99 | 1,100.99 | 1,100.99 |
| COHEN & KROL | 3120-000 | NA | 70.11 | 70.11 | 70.11 |
| BK ASSETS.COM LLC | 3610-000 | NA | 1,110.00 | 1,110.00 | 1,110.00 |
| BK ASSETS.COM LLC | 3620-000 | NA | 239.10 | 239.10 | 239.10 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 11,915.15 | $ 11,915.15 | $ 11,915.15 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Associated Bank, N.A. Mail Stop 7070 P.O. Box 19097 Green Bay, WI 54307 | | 106,101.62 | NA | NA | 0.00 |
| | Associated Bank, N.A. Mail Stop 7070 P.O. Box 19097 Green Bay, WI 54307 | | 512,580.00 | NA | NA | 0.00 |
| | Associated Bank, N.A. Mail Stop 7070 P.O. Box 19097 Green Bay, WI 54307 | | 480,201.00 | NA | NA | 0.00 |
| | BankAmericard PO Box 851001 Dallas, TX 75285-1001 | | 1,609.00 | NA | NA | 0.00 |
| | Chase Card Services PO Box 15153 Wilmington, DE 19886-5153 | | 8,789.85 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Card Services PO Box 15153 Wilmington, DE 19886-5153 | | 4,437.55 | NA | NA | 0.00 |
| | Chase Card Services PO Box 15153 Wilmington, DE 19886-5153 | | 8,279.38 | NA | NA | 0.00 |
| | PNC Bank 245 N. Rose St. Kalamazoo, MI 49007 | | 201,200.00 | NA | NA | 0.00 |
| | PNC Bank 245 N. Rose St. Z1-YC77-03-3 Kalamazoo, MI 49007 | | 588,200.00 | NA | NA | 0.00 |
| | The Private Bank Loan Operations 120 S. LaSalle St. Chicago, IL 60603 | | 26,857.39 | NA | NA | 0.00 |
| | The Private Bank Loan Operations 120 S. LaSalle St. Chicago, IL 60603 | | 252,513.59 | NA | NA | 0.00 |
| | U.S. Bank P.O. Box 790401 Saint Louis, MO 63179-0401 | | 281,577.00 | NA | NA | 0.00 |
| | U.S. Bank P.O. Box 790408 Saint Louis, MO 63179-0408 | | 4,123.39 | NA | NA | 0.00 |
| | U.S. Bank P.O. Box 790408 Saint Louis, MO 63179-0408 | | 3,296.17 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | DAVID LEIBOWITZ, CHAPTER 7 TRUSTEE | 7100-000 | NA | 41,500.00 | 41,500.00 | 1,735.73 |
| 000005 | OLD SECOND NATIONAL BANK | 7100-000 | 414,730.00 | 288,997.55 | 288,997.55 | 12,087.27 |
| 000001 | THE PRIVATEBANK AND TRUST COMPANY | 7100-000 | 325,878.00 | 385,179.34 | 385,179.34 | 16,110.05 |
| 000002 | DISCOVER BANK | 7100-900 | 15,028.22 | 15,449.95 | 15,449.95 | 646.19 |
| 000004 | DISCOVER BANK | 7100-900 | 2,851.53 | 3,019.82 | 3,019.82 | 126.30 |
| 000006 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-900 | NA | 891.95 | 891.95 | 37.31 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 3,238,253.69 | $ 735,038.61 | $ 735,038.61 | $ 30,742.85 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 13-36326 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | NAUGHTON III, JOHN E | | | Date Filed (f) or Converted (c): | 09/13/13 (f) |
| | NAUGHTON, DONNA R | | | 341(a) Meeting Date: | 10/15/13 |
| For Period Ending: | 09/13/16 | | | Claims Bar Date: | 09/22/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENCE 365 E. 17TH ST. LOMBARD IL 60148 | 410,000.00 | 0.00 | OA | 0.00 | FA |
| 2. 13631 EAGLE RIDGE DR., UNIT 216 FORT MYERS FL 339 | 95,600.00 | 0.00 | OA | 0.00 | FA |
| 3. 9156 S. 51ST ST. OAK LAWN IL 60453 | 125,000.00 | 0.00 | OA | 0.00 | FA |
| 4. VACANT LOT 408 ONEIDA JOLIET IL 60435 | 17,000.00 | 0.00 | OA | 0.00 | FA |
| 5. CASH | 500.00 | 0.00 | OA | 0.00 | FA |
| 6. West Suburban Bank-Checking Acct #9136 | 893.00 | 0.00 | OA | 0.00 | FA |
| 7. West Suburban Bank Checking Acct #1292 | 1,200.00 | 0.00 | OA | 0.00 | FA |
| 8. West Suburban Bank Checking Acct #4492 | 2,000.00 | 0.00 | OA | 0.00 | FA |
| 9. Ing - Savings Acct #4541 | 1,910.41 | 0.00 | OA | 0.00 | FA |
| 10. Ing Savings Acct #1125 | 1,322.66 | 0.00 | OA | 0.00 | FA |
| 11. West Suburban Bank Checking Acct #0233 | 920.00 | 0.00 | OA | 0.00 | FA |
| 12. West Suburban Bank Checking Acct #6383 | 2,000.00 | 0.00 | OA | 0.00 | FA |
| 13. SECURITY DEPOSITS | 500.00 | 0.00 | OA | 0.00 | FA |
| 14. HOUSEHOLD GOODS | 2,000.00 | 0.00 | OA | 0.00 | FA |
| 15. BOOKS / COLLECTIBLES | 400.00 | 0.00 | OA | 0.00 | FA |
| 16. WEARING APPAREL | 500.00 | 0.00 | OA | 0.00 | FA |
| 17. FURS AND JEWELRY | 600.00 | 0.00 | OA | 0.00 | FA |
| 18. FIREARMS AND HOBBY EQUIPMENT | 700.00 | 0.00 | OA | 0.00 | FA |
| 19. Bright Start College Fund | 21,761.56 | 0.00 | OA | 0.00 | FA |
| 20. Eaton Vance IRA | 55,495.00 | 0.00 | OA | 0.00 | FA |
| 21. Vanguard IRA | 97,513.88 | 0.00 | OA | 0.00 | FA |
| 22. Trans Systems ESOP | 15,000.00 | 0.00 | OA | 0.00 | FA |
| 23. Goldman Sachs IRA | 14,376.66 | 0.00 | OA | 0.00 | FA |
| 24. STOCK McDonnough | 0.00 | 0.00 | OA | 0.00 | FA |
| 25. STOCK JDM | 0.00 | 23,666.50 | | 23,666.50 | FA |
| 26. STOCK JDS | 0.00 | 7,666.50 | | 7,666.50 | FA |

LFORM1

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Ver: 19.06a

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| Case No: | 13-36326 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| Case Name: | NAUGHTON III, JOHN E | | | Date Filed (f) or Converted (c): | 09/13/13 (f) |
| | NAUGHTON, DONNA R | | | 341(a) Meeting Date: | 10/15/13 |
| | | | | Claims Bar Date: | 09/22/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 27. STOCK SAM | 0.00 | 0.00 | OA | 0.00 | FA |
| 28. STOCK | 0.00 | 0.00 | OA | 0.00 | FA |
| 29. ESTATE OF A DECEDENT | Unknown | 0.00 | OA | 0.00 | FA |
| 30. 2003 Mazda MPV | 1,500.00 | 0.00 | OA | 0.00 | FA |
| 31. 1967 Ford Mustang | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 32. OFFICE EQUIPMENT | 500.00 | 0.00 | OA | 0.00 | FA |
| 33. Disney Timeshare (u) | 0.00 | 11,325.00 | | 11,325.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $870,193.17   $42,658.00   $42,658.00   $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Sent TFR to US Tee for review May 25, 2016, 09:45 am

Ready for claims review and TFR
October 08, 2015, 10:24 am

Trustee is marketing Disney Timeshare
October 20, 2014, 04:16 pm

Initial Projected Date of Final Report (TFR): 12/31/14   Current Projected Date of Final Report (TFR): 02/28/16

/s/   GINA B. KROL

LFORM1
**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

Ver: 19.06a

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3
Exhibit 8

| | | |
|---|---|---|
| Case No: | 13-36326    DRC    Judge: Donald R. Cassling | Trustee Name:    GINA B. KROL |
| Case Name: | NAUGHTON III, JOHN E | Date Filed (f) or Converted (c):    09/13/13 (f) |
| | NAUGHTON, DONNA R | 341(a) Meeting Date:    10/15/13 |
| | | Claims Bar Date:    09/22/14 |

_____ Date: 09/13/16
    GINA B. KROL

FORM 2        Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**     Exhibit 9

| | |
|---|---|
| Case No: | 13-36326 -DRC |
| Case Name: | NAUGHTON III, JOHN E |
| | NAUGHTON, DONNA R |
| Taxpayer ID No: | *******3861 |
| For Period Ending: | 09/13/16 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******1046  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/26/14 | 25 | John & Donna Naughton | Stock of JDM | 1129-000 | 23,666.50 | | 23,666.50 |
| 06/26/14 | 26 | John & Donna Naugton | Stock of JDS | 1129-000 | 7,666.50 | | 31,333.00 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 31,323.00 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 46.56 | 31,276.44 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 46.50 | 31,229.94 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.94 | 31,185.00 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 46.36 | 31,138.64 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.80 | 31,093.84 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 46.22 | 31,047.62 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 46.16 | 31,001.46 |
| 02/10/15 | 030001 | Adams Levine Surety Bond Agency | BOND | 2300-000 | | 17.72 | 30,983.74 |
| | | 60 E. 42nd Street | BOND | | | | |
| | | Room 965 | | | | | |
| | | New York, NY  10165 | | | | | |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.62 | 30,942.12 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 46.00 | 30,896.12 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.45 | 30,851.67 |
| 05/11/15 | 33 | BK Assets.Com LLC | Sale of Disney Timeshare | 1229-000 | 11,325.00 | | 42,176.67 |
| | | 216 N. Center | | | | | |
| | | Mesa, AZ  85201 | | | | | |
| 05/11/15 | 030002 | BK Assets.com LLC | Commission | 3610-000 | | 1,110.00 | 41,066.67 |
| | | 216 N. Center | | | | | |
| | | Mesa, AZ  85201 | | | | | |
| 05/11/15 | 030003 | BK Assets.com LLC | Expenses | 3620-000 | | 239.10 | 40,827.57 |
| | | 216 N. Center | | | | | |
| | | Mesa, AZ  85201 | | | | | |
| 05/11/15 | 030004 | John & Donna Naughton | Administrative Expenses Per Court | 2410-000 | | 973.31 | 39,854.26 |
| | | c/o Mr. David Lloyd | | | | | |
| | | 615B S. LaGrange Rd. | | | | | |
| | | LaGrange, IL 60525 | | | | | |

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-36326 -DRC | Trustee Name: | GINA B. KROL |
| Case Name: | NAUGHTON III, JOHN E | Bank Name: | ASSOCIATED BANK |
| | NAUGHTON, DONNA R | Account Number / CD #: | *******1046  Checking Account |
| Taxpayer ID No: | *******3861 | | |
| For Period Ending: | 09/13/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 55.92 | 39,798.34 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 57.25 | 39,741.09 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 59.08 | 39,682.01 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 59.00 | 39,623.01 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 57.01 | 39,566.00 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 58.82 | 39,507.18 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 56.84 | 39,450.34 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 58.65 | 39,391.69 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 58.57 | 39,333.12 |
| 02/18/16 | 030005 | ADAMS-LEVINE | Acct #10BSBGR6291 | 2300-000 | | 22.20 | 39,310.92 |
| | | 370 Lexington Avenue | | | | | |
| | | Suite 1101 | | | | | |
| | | New York, NY  10017 | | | | | |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 54.70 | 39,256.22 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 58.36 | 39,197.86 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 56.40 | 39,141.46 |
| 08/19/16 | 030006 | GINA B. KROL | Final Distribution | | | 5,025.50 | 34,115.96 |
| | | 105 W. Adams Street | | | | | |
| | | 31st Floor | | | | | |
| | | Chicago, IL 60606 | | | | | |
| | | | Fees         5,015.80 | 2100-000 | | | |
| | | | Expenses         9.70 | 2200-000 | | | |
| 08/19/16 | 030007 | Cohen & Krol | Final Distribution | | | 2,272.12 | 31,843.84 |
| | | Attorneys for Trustee | | | | | |
| | | 105 W. Madison Street | | | | | |
| | | Suite 1100 | | | | | |
| | | Chicago, IL  60602 | | | | | |
| | | | Fees         2,202.01 | 3110-000 | | | |
| | | | Expenses        70.11 | 3120-000 | | | |
| 08/19/16 | 030008 | GINA B. KROL | Final Distribution | 3110-000 | | 1,100.99 | 30,742.85 |
| | | 105 W. Adams Street | | | | | |

LFORM2T4

UST Form 101-7-TDR (10/1/2010) (Page: 13)

Ver: 19.06a

FORM 2                                                                                                                                Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD                                                                        Exhibit 9

| Case No: | 13-36326 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | NAUGHTON III, JOHN E | | Bank Name: | ASSOCIATED BANK |
| | NAUGHTON, DONNA R | | Account Number / CD #: | *******1046 Checking Account |
| Taxpayer ID No: | *******3861 | | | |
| For Period Ending: | 09/13/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/19/16 | 030009 | 31st Floor<br>Chicago, IL 60606<br>The PrivateBank and Trust Company | Final Distribution | 7100-000 | | 16,110.05 | 14,632.80 |
| 08/19/16 | 030010 | Autumn L. Sharp<br>Carlson Dash, LLC<br>216 S. Jefferson Street Suite 504<br>Chicago, IL 60661<br>David Leibowitz, Chapter 7 Trustee<br>c/o William J. Barrett<br>Barack Ferrazzano Kirschbaum & Nagelberg<br>200 West Madison Street, Suite 3900<br>Chicago, Illinois 60606 | Final Distribution<br>(1-1) Incorrect Case Number, Filer Notified to File Amended Claim(Modified on 12/26/13)(dp) Modified on 12/26/2013 to correct creditor address (LTK)(1-3) corrected amount<br>Final Distribution | 7100-000 | | 1,735.73 | 12,897.07 |
| 08/19/16 | 030011 | Old Second National Bank<br>37 S. River St.<br>Aurora, IL 60506 | Final Distribution<br>(5-1) Modified on 7/7/14 to correct creditor name (ac) | 7100-000 | | 12,087.27 | 809.80 |
| 08/19/16 | 030012 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Final Distribution | 7100-900 | | 646.19 | 163.61 |
| 08/19/16 | 030013 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Final Distribution | 7100-900 | | 126.30 | 37.31 |
| 08/19/16 | 030014 | Portfolio Recovery Associates, LLC<br>CAPITAL ONE, N.A. (MENARDS)<br>POB 41067<br>Norfolk VA 23541 | Final Distribution<br>(6-1) modified name (cch) 9/24/2014 | 7100-900 | | 37.31 | 0.00 |

LFORM2T4  UST Form 101-7-TDR (10/1/2010) (Page: 14)                                                                            Ver: 19.06a

FORM 2

Page: 4

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-36326 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | NAUGHTON III, JOHN E | Bank Name: | ASSOCIATED BANK |
| | NAUGHTON, DONNA R | Account Number / CD #: | *******1046  Checking Account |
| Taxpayer ID No: | *******3861 | | |
| For Period Ending: | 09/13/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

```
                Account  *******1046     Balance Forward              0.00
                      3     Deposits              42,658.00    14    Checks                 41,503.79
                      0     Interest Postings         0.00    23    Adjustments Out         1,154.21
                                                               0    Transfers Out               0.00
                            Subtotal           $  42,658.00
                                                                    Total              $   42,658.00
                      0     Adjustments In            0.00
                      0     Transfers In              0.00

                            Total              $  42,658.00
```

                              /s/   GINA B. KROL
Trustee's Signature: _____  Date: 09/13/16
                            GINA B. KROL

LFORM2T4   UST Form 101-7-TDR (10/1/2010) (Page: 15)

Ver: 19.06a